

IN THE
TENTH COURT OF APPEALS

No. 10-14-00079-CR

EX PARTE SUSAN K. ALSUP,

Appellant

From the Precinct 7
McLennan County, Texas
Trial Court No. 2013-4206-2

MEMORANDUM OPINION

Susan K. Alsup attempts to appeal from the trial court's denial of a personal-recognizance bond in the underlying arson case. Attached to her filing is the trial court's denial of her request for a personal-recognizance bond, which was entered on October 9, 2013. Alsup did not file her purported notice of appeal until March 24, 2014—more than five months after the trial court's October 9, 2013 denial. As such, Alsup's notice of appeal is untimely. *See* TEX. R. APP. P. 26.2(a). This appeal is dismissed.[1] *See id.*; *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996) ("A timely

---

[1] A motion for rehearing may be filed within 15 days after the judgment or order of this Court is rendered. TEX. R. APP. P. 49.1. A petition for discretionary review must be filed in the Court of Criminal

notice of appeal is necessary to invoke a court of appeals' jurisdiction."); *see also Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006) ("A court of appeals . . . must dismiss a prohibited appeal without further action, regardless of the basis for the appeal."); *Davis v. State*, 205 S.W.3d 606, 607 (Tex. App.—Waco 2006, no pet.) (per curiam).


AL SCOGGINS
Justice


Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal dismissed
Opinion delivered and filed March 27, 2014
Do not publish
[CR25]

---

Appeals within 30 days after either the day the court of appeals' judgment was rendered or the day the last timely motion for rehearing was overruled by the court of appeals. *Id.* at R. 68.2(a).